**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Frank Phillip KALITA, Jr.,
Defendant—Appellant.**

No. 06–6590.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 7, 2006.

Frank Phillip Kalita, Jr., Appellant Pro Se. Michael Edward Rich, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Phillip Kalita, Jr., appeals the district court's order denying his request for copies at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kalita,* No. 1:01–cr–00391–JCC (E.D. Va. filed Mar. 3, 2006; entered Mar. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*